AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>**Jose Tomas Leal Rodriguez**<br>*Defendant* | ) 1409-0915-1235-Z<br>) Case No.  4:14CR00171-02 BSM<br>)<br>) Bmt Magistrate No: 1:15-mj-150 |

*(RECEIVED 14 SEP 12 PM 2:44 U.S. MARSHALS EASTERN ARKANSAS)*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **Jose Tomas Leal Rodriguez**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:  **Conspiracy PWID/distribute controlled substance cocaine, PWID cocaine,** as further explained in the attached documents.

Date: September 12, 2014

*Issuing officer's signature*

City and state:  Little Rock, Arkansas

JAMES W. MCCORMACK, CLERK, EASTERN DIST. OF ARKANSAS
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 11 2014

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:14CR 00171 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 2 |
| | ) | 21 U.S.C. § 841(a)(1) |
| IVAN ESPINO CHAVEZ, and | ) | 21 U.S.C. § 841(b)(1)(A) |
| JOSE TOMAS LEAL RODRIGUEZ | ) | 21 U.S.C. § 846 |

Bmt Magistrate No: 1:15-mj-150

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

In or about August 2014, in the Eastern District of Arkansas, and elsewhere,

IVAN ESPINO CHAVEZ and
JOSE TOMAS LEAL RODRIGUEZ,

defendants herein, conspired and agreed with each other, and with others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute and to distribute 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846 and Title 21, United States Code, Section 841(b)(1)(A).

1

## COUNT TWO

On or about August 27, 2014, in the Eastern District of Arkansas,

IVAN ESPINO CHAVEZ and
JOSE TOMAS LEAL RODRIGUEZ,

defendants herein, aiding and abetting each other, knowingly and intentionally possessed with intent to distribute 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

(END OF TEXT. SIGNATURE PAGE ATTACHED)

2